It's a challenge. You're here for a reason. You're here for a reason. It's a player versus player. And you can see we've had a good summer. We're going to have a lot of fun in the next few years. So we need to be able to get through this. And it's going to be a challenge. We're going to have to get through this.  We're going to have to get through this. So who shared how supportive you have been for the unfortunate tissue de®!.. on your face and disease? That's a sweet question. That's a sweet question. The worst part for me at loss of memory is first I... I was worried about interstitials. I just noticed it would be more like a sleeping disease than a heart attack. And of course, there's no positive on interstitials. Extraordinary circumstances cause a lot of damage. I think it's interesting that you have used extraordinary circumstances in your lives. I guess my first question to you is what is the evidence that you have of these extraordinary circumstances? I'm worried about the evidence. The magistrate judge says that the magistrate has not found any declaration or witness evidence or any other evidence to support his acquittal of Tony Marks, but... I read through the... I don't find anything in here. And by the way, did you see the evidence? No evidence from the prison officers about their normal course of doing business or how they do it. And your house supports this, if you will, non-receipt. It seems to me that we've got a lot of pretty good authority on putting this together about non-receipt.  of non-receipt. I'm just curious. I've got a question. What question? Tell me. I'm trying to help you here. I'm looking to find what is it that I have here. It tells me that there's something that a non-receipt is not a part of. But there's no evidence. I'm just curious. Can you tell me about the situations? I've got a standard argument here. The standard argument is the judicial court, when the magistrate court is in Cincinnati, it's a judicial court as well. When the magistrate is in Cincinnati, it is that they capture and clear their own privates. And there are no privates. Here's the thing. First of all, the standard argument is that the magistrate has no privates. Of course, we've got this federal policy that says the judicial court has no privates. I'm not sure if that's the case, but I'm not sure. It's a position that there are a lot of different possibilities. It's a person's option. It's a luxury for a person. It's a person's care. It's a person's right to a right to a care. It's a person's right to a right to a care. It's a person's right to a right to a care. Mr. Hitchcock. It's a popular opinion. I'll give you an easy question. Where is the case that suggests that having this conversation and suggesting in the position that there is some way along that's going to effectively help you help you with the, if you will, the burden that he has underneath, which, by the way, Mr. Hitchcock really hasn't been able to do. Tell me. Give me an iteration. Give me a witness. Give me some evidence. Well, this is the whole position. There's a position that suggests that there is some way that he can support your operation. You refer here to the verified position that you take on as an action, right? So a verified position, a verifiable opinion, is the Exhibit I for further explanation, and the Exhibit I is his explanation of the case that you're talking about, the one you're concerned with, because the State never provided an opposition to that verified position. Now, you see, when you're saying that Spanish and Korean to one another, it's working, but you're not solving the case. We don't want to discover that this is just 100% true. So if those facts are true, then you can establish that you're starting a research in the United States and there's a position where you can make all those comments, right? Yes. Is there a risk to you that this is a case where you're not going to be able to do this? Well, I understand what the original article indicated, and I understand that they didn't talk about that in the past. I don't know how to deal with that yet. What I'm looking for is a solution. We want to see if the best evidence you've got is your position that the exhibit shows the condition. I'm not going to say that it's the best evidence, but I'm sure saying it is, that's just my question. So the question is, what do you say to those who don't get the hard evidence? Do you have any suggestions? Do you have a position which was very helpful, and you suggested that you were not going to be able to do that? Yes. Okay. Thank you. I'm not going to use the first statement because this is the first statement I'm going to make, and I'm not going to use the second statement. That was, I'm not going to use the second statement. I'm going to use the first one because if you're going to try to do that, you're supposed to be able to do that. That's why I'm saying that it's always helpful to have a question before you try to do something. And, this is how I see it. Thank you. Thank you. Well, I'm going to take a question because you asked the question in my book. You said that a lot of the work that we're going to be doing is for your research, which is what I'm going to do. You've also produced the AR-76, and you've also produced the AR-83. Both of those are the same documents that you're referring to, and how do you do that? Yes. Well, the one that hasn't out is the one in 1BD1. Oh. Excuse me. I'm sorry. Yes. And, there is no commercial. So, what I'm supposed to do is I'm going to be responding to the comments from all of you with these descriptions. So, I'm going to give a specific response to the report of medications that you received. And, I'm going to show you a specific report that you received so far. And, I'll show you that in just a second. So, the reason that we're recording this is because this will all demonstrate that you're recording your letter, which was put for you to report. And, as I said, this will not receive your letter or your documents without a record of a pending decision through any of these courts. It will not receive anything pending and will not send anything back. And, I'm sorry, therefore, that I left you all burdened and it's so worrying to me that this city has produced documents that say that the Stasi is in charge of the Stasi case, which is the document which came in your Supreme Court on December 1st, in fact, we quote from that
judges: Kozinski, Thomas, Silverman, McKeown, W. Fletcher, Paez, Tallman, Clifton, Bybee, N.R. Smith, Hurwitz